IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

AUTO-OWNERS INSURANCE COMPANY,

  Plaintiff,

v.                                        Case No. 6:21CV00010

DANIEL L. TOBIAS AND BRANDY E.
TOBIAS, et al.,

  Defendants.

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Auto-Owners Insurance Company and defendants Aubrey L. Cottrell and Loretta Cottrell, [1] by counsel, request that this action be dismissed agreed, without prejudice. Each party shall bear its own fees and costs.

                                        Respectfully submitted:

**AUTO-OWNERS INSURANCE COMPANY**

By Counsel

s/Robert F. Friedman
Stanley P. Wellman (VSB No. 27618)
Robert F. Friedman (VSB No. 82118)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
rfriedman@hccw.com

---

[1] The remaining defendants have not entered an appearance or otherwise participated in this case.

**AUBREY L. COTTRELL and**
**LORETTA COTTRELL**

By Counsel

s/Christopher D. Adams
Christopher D. Adams (VSB No. 87267)
Christina Pendleton & Associates, PC.
1506 Staples Mill Road, Suite 101
Richmond, VA 23230
804- 492-7859 – Phone
804- 977-2392 – Fax
ca@cpenlaw.com